| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
| (Rev. 2/88) | 3:12CR00720-1 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 8:18-cr-332-T-17CPT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jonathan Rivera Pulliza<br>8001 Sumerset Lane<br>Tampa, FL 33615 | District of Puerto Rico | Puerto Rico |
| | NAME OF SENTENCING JUDGE | |
| | Honorable District Judge, Gustavo A. Gelpi | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/25/2017 | TO 09/24/2020 |

OFFENSE
Possession of a firearm by a prohibited person to wit : a convicted felon.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___United States___ DISTRICT OF ___Puerto Rico___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Middle District of Florida___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/28/2018
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Florida___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JULY 20th 2018
*Effective Date*

*United States District Judge*

**ELIZABETH A. KOVACHEVICH**
**UNITED STATES DISTRICT JUDGE**